| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 08-CR-00244-3 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 3:15-00196 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of New York | Brooklyn |
| Jamil Kayyam | NAME OF SENTENCING JUDGE | |
| | The Honorable Allyne R. Ross, Sr. U.S. District Judge | |
| Nashville, TN | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/15/2013 | TO 2/14/2018 |

OFFENSE
21 USC 846, 841(a)(1) & 841(b)(1)(B)(ii), Conspiracy to Distribute & Possess With Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ New York _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of New York _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/15
*Date*

/s/(ARR)
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Tennessee _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-23-15
*Effective Date*

*United States District Judge*